1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7234
        alexandra.shepard@usdoj.gov
8
   Attorneys for United States of America
9
                              UNITED STATES DISTRICT COURT
10
                            NORTHERN DISTRICT OF CALIFORNIA
11
                                      SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,           )   NO. CR-20-0458 BLF
                                        )
14         Plaintiff,                   )   STIPULATION TO CONTINUANCE AND TO
                                        )   EXCLUDE TIME FROM JUNE 1, 2021 TO
15     v.                               )   OCTOBER 19, 2021 AND [PROPOSED] ORDER
                                        )
16  DAVID CAMPOY, ET AL.,               )
                                        )
17         Defendant.                   )
                                        )
18

19      It is hereby stipulated by and between counsel for the United States and counsel for the

20  undersigned defendants, that the status conference currently scheduled for September 28, 2021 be reset

21  for October 19, 2021 and that time be excluded under the Speedy Trial Act from June 1, 2021 through

22  October 19, 2021.

23      At the status conference held on June 1, 2021, the government and counsel for the defendants

24  agreed that time be excluded under the Speedy Trial Act for effective preparation of counsel and due to

25  the complexity of the case. The Court directed the parties to submit a Speedy Trial Act stipulation

26  reflecting the exclusion of time. At the hearing, the Court also set the next status conference in this

27  matter for September 28, 2021.

28      Counsel for the government is now scheduled to be out on medical leave from August 13, 2021

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR-20-0458 BLF                                                              v. 7/10/2018

1  to September 24, 2021.  To facilitate a productive status conference, and to allow counsel for the
2  defendants to continue to review the voluminous discovery in this case, the parties agree that the status
3  conference set for September 28, 2021 should be reset to October 19, 2021 at 9:00 a.m.
4      The parties also agree that time should be excluded under the Speedy Trial Act from June 1,
5  2021 through October 19, 2021 to allow for the effective preparation of counsel (pursuant to 18 U.S.C.
6  § 3161(h)(7)(B)(iv)), and due to the complexity of the case (pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)).
7  The parties further stipulate and agree that the ends of justice served by excluding the time from June 1,
8  2021 through October 19, 2021 from computation under the Speedy Trial Act outweigh the best interests
9  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv).
10     The undersigned Assistant United States Attorney certifies that she has obtained approval from
11 counsel for the defendant to file this stipulation and proposed order.
12     IT IS SO STIPULATED.

13 DATED: August 2, 2021      /s/
   ALEXANDRA SHEPARD
14 Assistant United States Attorney

15
   DATED: August 2, 2021      /s/
16 PETER LEEMING
   Counsel for Defendant David Campoy
17
   DATED: August 2, 2021      /s/
18 EDWARD AJLOUNY
   Counsel for Defendant Jose Campoy
19

20 DATED: August 2, 2021      /s/
   DOUGLAS RAPPAPORT
21 Counsel for Defendant David Greenman

22
   DATED: August 2, 2021      /s/
23 SEVERA KEITH
   Counsel for Defendant Kimberly Carrasco
24

25 DATED: August 2, 2021      /s/
   DAVID PLOTSKY
26 Counsel for Defendant Miguel Carrizal Zamora

27 DATED: August 2, 2021      /s/
   RICHARD WEESE
28 Counsel for Defendant Jose Rodriguez Naranjo

STIPULATION TO EXCLUDE TIME AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
Case No. CR-20-0458 BLF                                                                  v. 7/10/2018

1  DATED: August 2, 2021                               /s/
2                                                      NAOMI CHUNG
                                                       Counsel for Defendant Nicholas Ardanuy

3
4  DATED: August 2, 2021                               /s/
                                                       JERRY FONG
5                                                      Counsel for Defendant Ignacio Espinoza

6  DATED: August 2, 2021                               /s/
                                                       ROBERT CAREY
7                                                      Counsel for Defendant Juan Johel Padilla

8
9  DATED: August 2, 2021                               /s/
                                                       ALFREDO MORALES
                                                       Counsel for Defendant Luis Sendino
10

11 DATED: August 2, 2021                               /s/
                                                       ROBERT LYONS
12                                                     Counsel for Defendant Michael Osuna Guizar

13

14                              [~~PROPOSED~~] ORDER

15         Based upon the facts set forth on the record, those stated above, and for good cause shown, the
16 Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act)
17 for the period from June 1, 2021 through October 19, 2021 is warranted and that the ends of justice
18 served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.
19 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendants
20 the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C.
21 § 3161(h)(7)(B)(iv). The Court further finds that this case is complex and that it would be unreasonable
22 to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits
23 established by the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(B)(ii).
24         IT IS HEREBY ORDERED THAT the time from June 1, 2021 through October 19, 2021 shall
25 be excluded from computation under the Speedy Trial Act, and that the status conference in this case
26 will be reset from September 28, 2021 to October 19, 2021 at 9:00 a.m.

27 DATED:  August 4, 2021                              _____
28                                                     HON. BETH LABSON FREEMAN
                                                       United States District Judge

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
Case No. CR-20-0458 BLF                                                                v. 7/10/2018