Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000
paleeming@sbcglobal.net

Attorneys for defendant
DAVID CAMPOY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID CAMPOY, et al )<br>)<br>)<br>)<br>Defendants. )<br>) | No. CR 20-0458 BLF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE DATE FROM OCTOBER 19, 2021 TO DECEMBER 7, 2021** |

1. This matter is set for a status hearing on October 19, 2021 at 9:15 AM. The 23-count Second Superseding Indictment charges fifteen defendants with a variety of drug trafficking and firearms offenses.  The case involves a substantial volume of discovery, including multiple wiretaps.

Stipulation and ~~Proposed~~ Order 20 CR-0458- 1

2. The government has been producing discovery on a rolling basis. A substantial production was made to the joint discovery coordinator and that material was made available to defense counsel on September 21. The government has indicated that an additional production, consisting of video surveillance footage, will be forthcoming shortly. A continuance will allow the parties time to review the substantial volume of discovery.

3. Counsel for the government, Ms. Shepard, is continuing to recover from surgery. She is hoping to return to work by December 2021.

4. The parties stipulate that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, given the need for effective preparation of counsel.

For the above reasons, the parties respectfully request that the date of October 19, 2021 be vacated, and that the matter be re-set for a status conference on December 7, 2021.

**IT IS SO STIPULATED.**

DATED:                                       /s/_____
                                            ALEXANDRA SHEPARD
                                            Assistant United States Attorney


DATED                                       /s/_____
                                            Peter A. Leeming
                                            Attorneys for David Campoy


DATED:                                      /s/_____
                                            EDWARD AJLOUNY
                                            Counsel for Defendant Jose Campoy


DATED:                                      /s/_____
                                            DOUGLAS RAPPAPORT
                                            Counsel for Defendant David Greenman

Stipulation and ~~Proposed~~ Order 20 CR-0458- 2

DATED:                              /s/
                                    SEVERA KEITH
                                    Counsel for Defendant Kimberly Carrasco

DATED:                              /s/
                                    DAVID PLOTSKY
                                    Counsel for Defendant Miguel Carrizal Zamora

DATED:                              /s/
                                    RICHARD WEESE,
                                    Counsel for Defendant Jose Rodriguez Naranjo

DATED:                              /s/
                                    NAOMI CHUNG
                                    Counsel for Defendant Nicholas Ardanuy

DATED:                              /s/
                                    JERRY FONG
                                    Counsel for Defendant Ignacio Espinoza

DATED:                              /s/
                                    ROBERT CAREY
                                    Counsel for Defendant Juan Johel Padilla

DATED:                              /s/
                                    ALFREDO MORALES
                                    Counsel for Defendant Luis Sendino

DATED:                              /s/
                                    ROBERT LYONS
                                    Counsel for Defendant Michael Osuna Guizar

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID CAMPOY, et al,<br><br>Defendants. | No. 20 CR-0458 BLF<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE DATE |

GOOD CAUSE APPEARING, it is hereby Ordered that the status conference set for Monday, October 19, 2021 in the above matter is continued to December 7, 2021, at ~~9:15~~ 9:00 A. M. for status.

The time between October 19, 2020 and December 7, 2020 is excluded from the Speedy Trial Act due to the need for defense investigation and effective preparation of counsel.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court therefore conclues that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

It is so Ordered.

Dated: __October 6, 2021__

*/s/ Beth Labson Freeman*
The Hon. Beth Labson Freeman
United States District Court Judge

Stipulation and ~~Proposed~~ Order 20 CR-0458- 4