Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000
paleeming@sbcglobal.net

Attorneys for defendant
DAVID CAMPOY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID CAMPOY, et al<br><br><br>Defendants. | No. CR 20-0458 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE DATE FROM DECEMBER 7, 2021 TO FEBRUARY 22, 2022** |

1. This matter is set for a status hearing on December 7 at 9:00 AM. The 23-count Second Superseding Indictment charges fifteen defendants with a variety of drug trafficking and firearms offenses. The case involves a substantial volume of discovery, including multiple wiretaps.

Stipulation and Proposed Order 20 CR-0458- 1

2. The government has been producing discovery on a rolling basis. A substantial production was made to the joint discovery coordinator and that material was made available to defense counsel on September 21. The government has recently provided pole camera surveillance footage, consisting of approximately four terabytes of data to the group discovery coordinator. That material is in the process of being distributed to defense counsel. A continuance will allow the parties time to review the substantial volume of discovery.

3. The parties stipulate that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial, given the need for effective preparation of counsel.

For the above reasons, the parties respectfully request that the date of December 7, 2021 be vacated, and that the matter be re-set for a status conference on February 22, 2022.

**IT IS SO STIPULATED.**

DATED: _____/s/_____
ALEXANDRA SHEPARD
Assistant United States Attorney

DATED _____/s/_____
Peter A. Leeming
Attorneys for David Campoy

DATED: _____/s/_____
EDWARD AJLOUNY
Counsel for Defendant Jose Campoy

DATED: _____/s/_____
DOUGLAS RAPPAPORT
Counsel for Defendant David Greenman

DATED: _____/s/_____
SEVERA KEITH
Counsel for Defendant Kimberly Carrasco

DATED: _____/s/_____
DAVID PLOTSKY
Counsel for Defendant Miguel Carrizal Zamora

DATED: _____/s/_____
RICHARD WEESE,
Counsel for Defendant Jose Rodriguez Naranjo

DATED: _____/s/_____
NAOMI CHUNG
Counsel for Defendant Nicholas Ardanuy

DATED: _____/s/_____
JERRY FONG
Counsel for Defendant Ignacio Espinoza

DATED: _____/s/_____
ROBERT CAREY
Counsel for Defendant Juan Johel Padilla

DATED: _____/s/_____
ALFREDO MORALES
Counsel for Defendant Luis Sendino

DATED: _____/s/_____
ROBERT LYONS
Counsel for Defendant Michael Osuna Guizar

Stipulation and Proposed Order 20 CR-0458- 3

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID CAMPOY, et al,<br><br>Defendants. | No. 20 CR-0458 BLF<br><br>**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE DATE** |

GOOD CAUSE APPEARING, it is hereby Ordered that the status conference set for Monday, December 7, 2021 in the above matter is continued to February 22, 2022, at 9:00 A. M. for status.

The time between December 7, 2021 and February 22, 2022 is excluded from the Speedy Trial Act due to the need for defense investigation and effective preparation of counsel.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

It is so Ordered.


Dated: _____          _____
                             The Hon. Beth Labson Freeman
                             United States District Court Judge