UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE MELCHOR CAMPOY, <br> Defendant. | CASE NO. 20-CR-0458 BLF MAG <br><br> Waiver of Appearance at Arraignment and [Proposed] Order |

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, Defendant Jose Melchor Campoy hereby waives in-person arraignment on the second superseding indictment in this case. The defendant was arraigned on the superseding indictment on February 16, 2021. The defendant affirms that he has received a copy of the second superseding indictment, and that his plea in response thereto is NOT GUILTY. The defendant respectfully requests, pursuant to Fed. R. Crim. Proc. 10(b)(3), that the Court accept this waiver.

DATED:
12-17-21

Respectfully submitted,

*Ed N. Ajlouny*
Edward Ajlouny
Attorney for Jose Melchor Campoy

DATED: 12/3/21

*Jose Campoy*
Jose Melchor Campoy

Waiver of Appearance at Arraignment
20-CR-0458 BLF

1

# [PROPOSED] ORDER

Based on the foregoing, the Court hereby accepts Defendant Jose Melchor Campoy's waiver of appearance at the arraignment on the second superseding indictment, and accepts the defendant's plea of not guilty.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Susan van Keulen
United States Magistrate Judge