UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 4, 2022  **Time:** 9:55 - 11:09  **Judge:** BETH LABSON FREEMAN
**Total Time:** 36 Minutes

**Case No.:** 5:20-cr-00458-BLF-2  **Case Name:** UNITED STATES v. Jose Campoy

**Attorney for Plaintiff:** Alexandra Shepard
**Attorney for Defendant:** Edward Ajlouny for Jose Melchor Campoy - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell  **Reported by:** Summer Fisher
**Interpreter:** N/A  **Probation Officer:** N/A

## PROCEEDINGS

**CHANGE OF PLEA**

Change of Plea Hearing held.

Plea Agreement Executed in Open court.

The Defendant Pleads GUILTY to Count 1SS of the Second Superseding Indictment filed on 2/18/2021.

Case Referred to Probation for Preparation of Pre-Sentencing Report.

**CASE CONTINUED TO:** May 3, 2022 at 9:00 a.m. for Sentencing.

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Courtroom Deputy**
**Original E-Filed**