EDWARD N. AJLOUNY, STATE BAR NO. 176188
ATTORNEY AT LAW
2 N. MARKET ST., SUITE 444
SAN JOSE, CALIFORNIA 95113
(408) 297-6425

ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-0458 BLF |
| Plaintiff, | **DEFENDANT JOSE CAMPOY'S SENTENCING MEMORANDUM** |
| vs. | |
| JOSE MELCHOR CAMPOY, | |
| Defendant. | DATE: MAY 3, 2022 |
| _____/ | TIME: 9:00 AM |
| | DEPT: Hon. Beth Freeman |

**INTRODUCTION:**

Defendant JOSE MELCHOR CAMPOY (hereafter "Jose"), age 22 (19 at time of incident), having no previous arrests or convictions, and for unusually compelling reasons set forth herein, deserves a second chance at having a productive life by serving a minimal term of incarceration of 6 (six) months or less.

Jose's absolutely clean record, his impressionable age, and his desire to please his absent father, combined with his

1

eligibility for "safety-valve" sentencing, compel, we believe, a substantial variance from the guidelines.  We pray that this Honorable Court will show mercy on young Jose.

*As will be highlighted below, far from being a sophisticated or even quasi-equal co-conspirator in the distribution and sale of drugs, Jose Campoy did not perform his illegal acts for money or for material gain, he did it out of his yearning to spend time with his absent father and to gain his love and affection.  His father, David Campoy, manipulated his son using Jose's yearning to be close to him into doing his dirty work "free of charge."*

To flesh out these and other unusual facts in mitigation, we will attach to this memorandum statements written by Jose Campoy himself (**EXHIBIT A**), his mother Linda Zepeda (**EXHIBIT B**), his relatives (**EXHIBIT B**), as well as Jose's Special Education school documentation (**EXHIBIT C**--indicating his low I.Q. and learning disabilities).  Finally, **EXHIBIT D** consists of three Certificates of Completion of online courses for Heavy Equipment Operator Safety, Track Loader safety course and Front-end loader safety course.  These documents show that Jose is, and plans to be, gainfully employed and is capable of working for a living.

*These documents will be crucial to understanding the extremely manipulative, coercive and destructive influence Jose's father, David Campoy, had on his life by skillfully manipulating Jose's desire to be close to the dad he rarely saw*

*growing up, by gradually leading a good and simple boy down the dark and sordid path of drug trafficking (David Campoy was a big player in the Mexican Mafia).*

Finally, we hope to demonstrate to your Honor that this boy, Jose Campoy, is a decent young man who can be re-habilitated, who is and has been gainfully employed and who should, we believe, remain free from the hardening experience of a significant prison sentence and get a second chance at life.

Factual Background:

Jose's parents, Linda Zepeda and David Campoy, were high school sweethearts that never married. Linda Zepeda was a naïve and sheltered 17-year old girl when she met and fell in love with the charismatic David.  David charmed her, impregnated her and all but abandoned her during the pregnancy while he sought after fast times.

After the couple broke up a few years later, it took years of insight and growth for Linda to realize how manipulated and isolated she had been by David during their years together. Once Linda fully understood David's character, she was torn between protecting her son from his father's corrosive influence and denying Jose the experience of growing up with a father.

Jose, an only child, lived full-time with his mother, but he always *yearned* to get to know, and be closer to, his charismatic father.  Jose treasured the opportunity to spend

3

time with his absent father, and spent his entire childhood scrounging for scraps of love, attention and acceptance that his father would on occasion give him.  Jose was the forgotten child, as far as David Campoy was concerned.

Jose was 10 years old when David Campoy married another woman and started a new family.  Jose saw his father living full-time with his new wife and children, while he was largely ignored.  One can imagine the inner turmoil and confusion this circumstance created within young Jose.  According to mother Linda's statement, when David would pick up Jose for a rare visit, he would drop him off at his grandmother's home and "he never cared to play with him, take care of him [or] teach him [to] develop any of his skills."  After his father's so-called "visits," "Jose would come home crying telling me how much he wanted to spend time with his dad...but that his dad would ignore him, leaving him behind."

Around this time, David began a pattern of *manipulating his forgotten son to suit his selfish needs*.  David began to ask Jose to babysit the children of his new family.  Jose jumped at the chance, because it meant spending more time with his dad and made him feel closer.  David Campoy, however, would often verbally belittle Jose and call him names (e.g., pussy), which had the effect of whittling away his self-esteem and caused him depression growing up.

David would often tell Jose that when he turned 18, he could move out of his mother's home and "that he didn't have to listen" to her anymore.  Mother Linda believes David Campoy was already grooming Jose to be "*his puppet*."  David often bragged to Linda that he was a **"Master Puppeteer"**, and had perfected the ability to make others do his "Dirty Work."  Young Jose never stood a chance.

In school, Jose struggled with learning disabilities and a low I.Q.  On standardized tests, Jose scored in the bottom 7-10 percentile of other children his age.  Starting on October 22, 2008 at age 8, Jose began receiving Special Education services after meeting the eligibility criteria for Specific Learning Disability (SLD) and was given an Individual Education Plan (IEP). (See attached **EXHIBIT C**).  With the assistance of the IEP, Jose managed to graduate high school in 2018.

Jose grew up without the love or attention of his father, David Campoy.  The few times his father did visit with him, he would drop him off at his grandmother's home rather than play with him or teach him anything.  Jose would often return to his mother's home in tears, after his father had ignored him and not interact with him when he desperately needed his father.  As mentioned earlier, Jose's father would often verbally belittle him which lowered his self-confidence and self-esteem.  (See attached **EXHIBIT B**—Statement of Linda Zepeda, pg. 2).

Thus, Jose was ripe for being manipulated vis-à-vis his father, David Campoy, much like his mother Linda had been manipulated before him.  David Campoy gleefully called himself a "Puppetmaster," and reveled in his ability to have others do his dirty work, including his own son.  (See attached **EXHIBIT C**— Statement of Linda Campoy).

Once Jose finished high school, David Campoy convinced his son to reject his mother's rules and to move in with him.  In moving in with his father, Jose hoped to finally get his father's love, attention and affection that he craved all his young life.  Instead of giving Jose the love and attention he yearned for, David Campoy gradually led an innocent and simple boy step-by-step into the dark world of the Mexican Mafia and large-scale drug-trafficking.

It started out innocently enough:  *"Jose, do me a favor and drive this car here," his dad would say, or "drop this package off there," or "come with me to San Francisco," etc.*  Jose Campoy was finally getting time with his father and he felt needed and loved by his dad for the first time in his life.

Initially Jose was unaware of the illegal acts to which his father was involved.  After acting as his father's gopher for a while, completing the tasks to which he was assigned, Jose began to ask his father:  "what are in the boxes, dad?", etc.  His father would often reply to "mind your own business."  David Campoy would intentionally keep his son in the dark and use him

as a stooge for the "free labor."  Jose, not emotionally equipped to handle his father's anger with him by asking too many questions, and enjoying his dad's recent attention and more time spent together, he just did what he was told.

By March 2020, however, Jose had figured out that his father distributed illegal drugs once he saw drugs through clear wrapping.  Jose told his father how unhappy he was in being tricked into delivering drugs, and the two argued.  David Campoy said he would kick his son out of his home if he did not do what he asked of him.  After each argument, David Campoy would pull him back in by manipulating his young son's and even threatening to throw him out of his house.  Jose felt trapped, since he and his mother were not on speaking terms after he moved in with his father against her wishes; Jose believed he could actually end up on the streets if he did not comply.

So Jose would perform the tasks his father asked of him, including one time talking with his father's associate, Ignacio (aka Nacho) on the telephone about the price and supply of drugs, on March 1, 2020, while his father was present mouthing to him what to say.

**Ignacio had first called Jose's dad, who didn't answer, then Jose was instructed by his father to call Ignacio back, which he did.  David Campoy was sitting next to son in the car.**

David Campoy began showing interest in young Jose for the first time in his son's life, and he used that time by

manipulating his forgotten son to deliver drugs for him for free. *Importantly, Jose was never paid for doing his father's dirty work; Jose simply did it to gain the love and affection of his father. He may have received video games or sneakers as implied compensation, but this shows how Jose is not a real criminal, just a naïve and simple boy.*

In June 2020, Jose's father told him to transfer boxes containing 99 pounds of methamphetamines from his car to Kimberly Carrasco's vehicle, where she was then arrested by the FBI (Jose was not pulled over after the transfer). Since a large amount of drugs was seized by authorities that day, the Mexican Mafia made it clear that Jose and his father had to work off the debt to them or else they and their family would be harmed. Jose, who heard a threatening message on his father's phone, now feared for his life.

It was only after his son's life was in danger that David Campoy began telling Jose that he did not want him to get into any trouble, so he would not be asking him to do any more of his "dirty work"; Jose was relieved.

Jose had done his father's bidding first out of his desire to be closer to his highly manipulative drug-trafficking father; and then he participated out of fear for his safety.

### Safety Valve and Sentencing Discussion:

JOSE CAMPOY qualifies for "safety valve" relief from mandatory minimum sentencing. The Government (and Probation)

agrees that Jose is eligible for "safety valve" as evidenced by their December 30, 2021 email to Jose's counsel (available upon request), para. 16(a) of the addendum to the January 4, 2022 Plea Agreement and the Presentence Investigation Report.

## I.   Jose Campoy qualifies for a "Safety Value" sentence under 18 USC §3553(f).

Pursuant to 18 USC §3553(f), the elements that must be met in order to qualify for "safety valve" are as follows:

1) the defendant does not have a significant or violent criminal history; 2) the defendant used no violence or weapons during the offense; 3) no one was seriously injured; 4) the defendant was not an organizer, leader, manager or supervisor of others in the offense;" and 5) prior to sentencing, "the defendant has truthfully provided to the Government all information and evidence the defendant has concerning the offense. . . ."

Jose Campoy satisfies each of the five (5) elements.  Jose not only lacks a significant criminal history, he has zero criminal history.  Period.  Further, no violence or weapons were used; no one was injured; the Government stipulated he was not a "organizer/leader;" and Jose has given honest and complete information concerning the offense-—to the limited extent to which he possesses information--when asked of him by the Government.

9

II.   **Factors to be considered at sentencing, pursuant to §3553(a):**

The court, in determining a particular sentence, shall consider:

**(1)** the nature and circumstances of the offense and the history and characteristics of the defendant; **(2)** the need for the sentence imposed— **(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; **(B)** to afford adequate deterrence to criminal conduct; **(C)** to protect the public from further crimes of the defendant; and **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

III. **Probation's Recommendation and Guidelines Calculation:**

In Probation's Presentence Investigation Report, they state Jose's Offense Level is 33, but recommend a sentence of imprisonment of 60 months.  This recommendation reflects Probation's view that a substantial guideline variance is warranted.

We agree that a substantial variance is warranted, but we ask that a further reduction be granted *such that Jose serves little if any actual prison time.*  We are concerned that any prison time will only harden an impressionable, low-I.Q. individual who has never broken the law prior to falling under his father's bad influence.

10

IV.   **Mitigation and Variance Factors:**

Jose Campoy is an impressionable young man who grew up yearning to be with his absentee father, David Campoy.  Once Jose was of school age, Jose placed at the bottom of his school rankings in regards to standardized testing.  It was discovered Jose had learning disabilities and was a Special Education student since the age of 9.

Father David Campoy was a charismatic and manipulative high-ranking member of the Mexican Mafia.  David's effect on young Jose—going in and out of Jose's childhood—was profound and negative.  David manipulated his son's yearning for his love and attention to help David do his dirty work, e.g., large scale drug trafficking, *free of charge.*

In addition to the "safety valve" factors discussed previously, mitigation factors present in **Section 3553(b)**, as well as United States v. Booker, 543 U.S. 220 (2005), allow the Court to deviate from the guidelines if it so chooses.

As noted in the Probation Report, Jose Campoy had zero criminal record until his father sunk his claws into him.  Jose had kept himself busy with work and video games and likely would have stayed crime-free but for his father's disastrous influence.

As the Probation Report shows, Mr. ARRIAGA was pleading for help from the arresting officers when he was arrested several times in 2012-13, yet not once was he ordered to complete a drug program.

Family Support:  Jose Campoy has been living with his mother, Linda Zepeda and her husband Luis Diaz.  He has kept

himself gainfully employed, first with the City of san Jose (Parks and Recreation Dept.) and currently with Payless Rockery.

## CONCLUSION:

Probation, in its final report, recommends a **prison sentence of 60 months.** We firmly believe that, but for the hugely negative influence of his father, David Campoy, Jose would have continued with his law-abiding life. But, the combination of Jose's yearning to have a father in his life, and David's unique "puppetmaster" manipulation skills, were too much for Special Education student Jose to resist.

If sentenced to anything more than a **6 (six) month term of imprisonment,** Jose Campoy would only be shaped into a hardened criminal and another life wasted. Instead, a short or no prison sentence, combined with GPS monitoring, psychological counselling if needed and a steady work regimen, Jose can instead be rehabilitated back into the law-abiding boy prior to his father's dark influence

Respectfully Submitted,

DATED: 4-21-22

Edward N. Ajlouny
Attorney for JOSE CAMPOY

12

# Statement of Jose Campoy

1.      My Name is Jose Campoy, and I graduated high school in 2018. Ive always wanted to be closer to my dad and spend more time with him. As a little kid I didnt get to live with my and I had two brothers and one sister on my dad's side, and so seeing them live with my dad and how much fun they had, and that was something I always wanted with my dad. My mom and dad never married and I had lived with my mother for most of my life while I was in school. After I graduated I had made the decision to move into my grandma's house with my grandpa and my father. Due to living with my mother most of my life I didnt see my dad as much and only saw him once a month and we would go fishing, watch a movie, go to Great America. So when I turned 18 years old I had made that decision to move because I wanted to be closer to him and spend more time with him. For me being closer to my dad was something I always wanted.

2.      My dad would most of the time miss important things in life birthdays, graduations, baseball games and football games. When I was little and being the child that I was and growing up with my mom I would always want to spend time with my dad or when I got the chance to go see him I would do anything to make sure it happened. The first year of living with my dad was great. It met my expectations that I had from seeing my siblings living with him and in that first year living with him we went fishing travling to mexico to go see off road races and even started our own project truck together. It was never a dawl moment being with my dadadn having so much fun with him. I was having so much fun that I had broken up with my first girlfriend just to spend more time with him. After the first year of being with him was great and I had so much fun things took a turn once the year 2020 hit.

3.      The year 2020 was off to a good start but things started to become weird as my dad would ask me to join him and go on a drive with him late at night. We would go to San Fransico and he would go downtown and park by this building and would have me wait for him. He would tell me that he had to go see his friend and that he would be right back. He cameback and put a small bag in the back *back of the car* and *and* I would think much about it

and would just go on about my day. We would go on those Drives about five more times in the month of January. It was now the middle of February and he had not asked me to go for a drive again and so I didnt think much of it. Until the end of February he had called me to his room as I had just gotten home from work and he had asked me if I could go do a favor for him. He told me that he wanted me to go and take a package to his friend in San Fransico.

4.      We would have a conversion of where I would take the box too and being his son I didnt want to say no and i didnt want to disappoint him and by the look on his face he seemed tired so I did the favor, not thinking much of it. The box was an amazon type box with amazon tape, so I had thought it was just something he ordered for his friend so I took the box and went to San Fransico for him. I would then see his friend and he would give me a smaller box or a paper bag and when I was little I was tought to not be in other people's business so I didnt look to see what was inside the tiny box. All I knew was I did my dad a favor and inside I felt good Because I did something nice for him and thought that doing the favor would make him a bit more proud. I would go on to do those same favors Most of the time when he would call me to his room and I didnt see that him asking for the favor would get me in trouble or was a bad thing, but then again i never saw what was in the boxes or the bags i would take to San Fransico. Eventually I got curious as to what I was taking and why I would drive to San Fransico so much and why I would take all these packages or bags that I couldnt see into. I opened the bag and saw some crystal type stuff that I didnt know was drugs. Being with my mom most of my life she never showed me what these types of drugs looked like. But I had heard of them but never seen them in my life let alone close up.

5.      After my drive to San Fransico I would confront my dad about what was in the boxes and he wouldnt want to tell me and told me why I was looking inside the box. I would tell him so I got curious as to why I was driving to San Fransico and why there were so many packages going to this one guy named Dave. He would then yell at me and say Jose mind your own business. I then would go to my room upset for looking in the boxes and not minding my own business. A couple days would pass and me and my dad would not talk

much the next day until he came into my room and asked me if i wanted to go get lunch before working on our project truck. I said yes Becuase I was excited to go work on the truck because we had new parts. While driving to the place where we worked at the ranch he said sorry for Yelling at me and I forgave him but he still never said what was in the boxes.

6.      Months would pass and I would just be working and being at home. Once and a while I would go hangout with my dad and be his driver when he would go party late at night and couldnt drive home. I would meet a couple of his friends when I would go with him and hear all the good things he would talk about me, making me feel good like I was actually getting closer to him because we would spend alot of time together and going on trips to Mexico to see off-road racing. I would then meet one of his friends named Nacho a couple of days later.  Me and Nacho would exchange numbers since sometimes he would party with us and my dad would want me to tell him since his girlfriend wouldnt let him go out he would have me schedule or invite his friends and telling him where to go and where to meet before we would go to a party so he could just sneak out without her knowing and his friends already knew where to meet and what times since I would tell them from what he would message me. A couple months later me and my dad would be driving to get lunch as his friend nacho called me. He would ask me where's your dad he's not answering. I would reply hear with me and he started to ask me if I knew prices of the drugs he was selling and I said no so my dad would tell me what to tell him as i was the one telling him how much things were and for what weight it would cost and I didnt think much about it or that people would be listening as I said what my dad would tell me and tell that to Nacho over the phone.

7.      A couple of days would pass and we would be cool and having lunch and spend time with each other going fishing and going to see off road races in Mexico and in LA and going to those events. After about a couple weeks later my dad was at home and I had the day off of work and was in my room playing vidoe games. My dad had texted me to go outside and helped him with something. I went outside to see what had happened or what he needed help with as I saw a white that I had never seen before. I would go over to him

and see him pulling pulling out some 2x4 looking boxes and wasnt able to see into them as to what was inside and i didnt ask questions as to what was inside I just helped him because I saw he needed it, so i held a trash bag open for him as he would throw the boxes into the bag until the boxes had changed to some clear type wrapped bags that I could see the same crystal stuff I saw last time. I imdeaetally asked him what those were and why he needed them and he just looked at me and said dont worry about it and hold the bag. I would then let the bag go and say no as now I was worried as to why he didnt want to tell me what was in the bag. We would have an argument outside the house for him not telling me what it was and why he didnt want me to know. I would then just leave the area and go back to my room and play my games to cheer up as I was a bit upset about the whole argument.

8.      Me and my dad would not talk for another couple of weeks until he needed another favor from me. He would have surgery on his chin for his douldle chin and said some people were coming to see him and they had something important for him. I would have an argument with him because I would the next day and didnt want to call in sick, not so up for work. I had started work for the city of San Jose so this job was pretty important for me and didnt want to start calling days off when I had just started to work there. We would argue and he would tell me thing like im done with you and that he would want me to move back with my mom since i didnt want to call off work to help and at that time me and my mom were not on good term due to me moving with my mom as she was mad at me for leaving so I thought to myself where would I go if I get forced to leave the house. After hearing that it hurt me the way he was talking to me and I just said alright I'll do it just to get it over with the whole fight and not be forced to leave the house since I felt like i had nowhere else to go and didnt want to end up on the streets. The next day he would be gone and had left for LA at 5Am and I would go meet the people he wanted me to meet. He would text me a couple of hours before saying they would give me their car and that I would later have to unload something from it, but never told me about the unloading of the car until I was already in the other peoples car. That day I was supposed to hangout with my friend kim and some friends so I decided to take the car to her house since it was close by and had already had plans to meet with her.

4

9.      I would get to her house and start to unload the stuff from the car and notice it was the same stuff from the last time I was holding the bag. But since my dad was away in LA I just unloaded the car due to him being in LA. I didnt like it but what I was supposed to do was in LA. After a while we unloaded the car and put the bags in Kims jeep. I told her to stay as I would take the car back and she didnt hear what I said and got in her car loaded with the bags as she left. I followed behind her as we drove off. I then looked in my rear view mirror and noticed a car behind me noticing it was following me. We could keep driving as we passed the first light leaving her house. A Highway patrol would pull out from the shopping center near her house, almost hitting the car I was in and cutting me off as we drove. The highway patrol would pull her over and I woud drive off now fearing what was in those bags we unloaded. I would call my dad and tell him they pulled her over as he said "ok Jose dont go back to where you picked up the car, go hide it and head home as fast as you can." I did as I was told and drove home and still feared the worst.

10.     After I got home I would call my dad frantically trying to figure out what was happening and why she had gotten pulled over. He wouldnt answer for the whole day and neither was my friend Kim. After a whole day of not getting in contact with my dad or kim my dad would call me and I would tell him "Dude tell me what's going on now why is all this happening what's going on". He wouldnt tell me and said I'll expain when I get home tonight. After a while the time was eight at night and my friend Kim would call me saying she got let out and had a court date sometime in November. I would ask her what for and she said she doesnt know and that her paperwork didnt say much on it all she knew was they still had her jeep but was gonna go pick it up later that day. After hearing my friend was okay but still had to go to court for something she wasnt involved with I then wanted answers of what exactly was going on.

11.     Later my dad would get home at 11 at night as I walked into his room and asked him "what is going on and why did they pull over my friend and why were we being followed. He would then explain to me what was going on and that he was selling drugs and that what we had unlaoded was a shipment of drugs. I would get mad at him and tell him "are you freaking crazy why would you make me do that for you". He would look at

5

me and say "I know i'm sorry i didnt think it would go like that". I would tell him then
"well know because of this my friend has court for something she isnt even invovled with
". He would just look at me again, not having words to say to me. I would also tell him
"what if it was me they pulled over what I am supposed to do I too am not a part of this
and you're just making me do your work while you're off in LA with your girlfriend
having a great time vacationing or whatever you guys do over there". He would then get
mad for how I was talking to him and telling me "Jose what I do is none of your business
okay and weather you like it or not is not my problem if you dont like it you can leave
and go find another place to live because i'm not gonna let you disrespect me". After
hearing that and being hurt by his words I would leave my room upset at what he told me.
After a couple of days we wouldnt talk nor even try to see each other or even eknowegde
each other until my grandma spoke to my dad when he came into my room and told me
sorry for what he put me and my friend through. I would say its okay just because I was
still mad and didnt want to talk. He would then tell me he wouldnt stop having me do
favors for him atleast the favors that involved drugs. I said okay and he would leave my
room and I would play vidoe games.

12.     A few months would pass and we were talking again and going to get lunch and hang
out and at that time my dad had moved out of my grandmas and was living with his
girlfriend renting a small house. Later that day I would get a call from him saying "hey I
need you to come over and fast. I would say why? And he jsut said just come over here
and I need your help. So I went to his house and he would come out and tell me I got into
and argument with my girlfriend named Jenny and that she was saying she was gonna
call the cops so he put a bag in the car I was in and said take this to grandmas and before
even leaving I would ask "wait what's in here i'm not taking something bad". Still scared
of what had happened with my friend Kim. He would just say "its money dont worry
check to see if you dont believe me". So I did a check and it was just money so I said
okay and drove to my grandma's house. What I didnt know was that later I would be
followed all the way home until I drove down a street to get to my grandma's house
where one of my dad's friends had lived. Once I got home my dad would call me and tell
me his friend had said that a van and two other cars were following me and to hurry and

put the money in his room and run to this little path way we had outside our court where we lived where you can see if anyone is coming. I would run to the path area and sit to see if anyone was following me as I did see the cars that he told me and would call him and confirm that they were there. He would then tell me to put the money in his room and to get in my car and see wha they do. I would go put my money in his room and grab my dog to make it seem like I was taking my dog for a walk as soon as I came out from putting the bag in his room and had my dog ready to go into the car, I would see one of the cars had pulled into the court we lived in and was leaving out. I then got my dog into the car and drove to the park.

13.     I was then at the  intersection of Capitol and Ocala when four cars pulled up behind me and were following me as I drove. I took a turn down one of the roading that would lead to the park where I was going to walk my dog as the car split up and two followed me and two went straight. The cars would later come out of another street and all four of them would be behind me again. I would get to the park and walk my dog as guys would follow me around the park, some walking and some in their cars. I was scared of what was going to happen if they were gonna arrest me for unloading the car. It would become late and the park was closing as I didnt see the cars nor the people following me anymore as I drove home and called my dad saying I was okay and I was on my way home. He would say okay and that he would meet me at my grandma's house. Later me and my dad would talk to me about what I saw and explain what I saw and everything that happened. We would finish talking and I was upset because now I was being watched for things he was doing and I would tell him you need to stop. They are watching you. He would just get mad at me and say he was gonna be okay and that he wasnt gonna have me do anymore favors for him that involved taking drugs.

14.     Months would pass by and I still didnt do anything but work and just be home so I had thought doing my dad's work for him was over and that the people who were following me would be over. Until my dad called and told me he had gotten Covid 19 and was sick in bed and wanted me to take him some food. So I got in my car and went to take him food. When I got to his house I would leave him the food and begin to walk to

the door to leave until he had told me to wait. He would then tell me that he would need me to take drugs to San Francisco again for him. After saying no and that I wasnt gonna do it he would then tell me that some people from Mexico were upset with him for losing the shipment I had lost when he was in LA and that they had threatened him to pay them or work for them or bad things would happen. I wouldnt believe him at first until he pulled out his phone and started to play an audio recording of what they had sent him and threatened him. I would still say no to it and not believe what he was saying until he played another audio recording of them saying they would come after me too.

15.      At that point I feared for my life even more and didnt know what to say and out of fear I simply just said sure. He would hand me another bag and assuming it was filled with drugs i didnt want to know what kind I just wanted to get this over with. I would drive to San Fransico and drop them off to the guy he told me to meet over there. I would continue to go for him for about a month, going atleast 7 times in one month and sometimes he would even have me weigh the stuff on a scale for him during this time when he had covid. By the following month I would go for him since he was still with covid and on this time when i went I would be followed again all the way to San Fransico by a grey ford explorer. I had seen that same explore before leaving San Jose as I had seen it at the light before getting on the freeway. I would get off the freeway and stop at a gas station to see if I was being followed. I would walk in and see the explorer drive by the first time. I would buy a drink and now see the same explorer drive by again going the opposite direction. I would fear for my life as this time I had something that would get me in trouble if I was caught. I would then leave the gas station seeing the explore drive behind me as I would pull into a Mcdonalds and get some food. I would then park in the parking lot and eat my food fearing the worst to happen as I called my dad and told him what was happening. He would then tell me to not worry and to throw the bag away somehow.

16.      I would then get the bag with drugs in it and throw it in the Mcdonalds bag and get out of my car to throw it away. I would throw it in the trash can and leave back home and look in my mirrors to see if I was being followed still. I would get home and hurry inside

and fear that whoever was following me had followed me home or seen that I threw the bag in the trash. The following day my dad would want me to come to his house to talk to him. He would explain that he would have me stop doing his work for him again and that he woudlnt want me to get in trouble. I would agree with him. By this time I would stop completely doing his work and taking drugs to San Fransico. After a couple months would pass by and my dad would have moved again to another house he was renting and I would be with my grandmas still living with them. I would still see my dad and hangout with him and have a good time and was happy that he had me stop doing his work for him. After a while of living with my grandparents they would tell me that they had plans to restore their house and we're gonna fumigate the house. They had already planned to stay with a family friend and had told me to ask my dad to stay with him until they were done with the house.

17.     I would then move in with my dad at his new house he would rent and wouldnt began much with me because i thought it was gonna be a short time of living with him as I was excited to live with my dad and spend more time with him. During this time of living with my dad I would just work at my city job and go to school for a trade after work from there would just go home and that was pretty much my day. After a while of living with my dad he would call me one day and say that his friend was outside to pick up some shoes that my dad had brought back from Mexico. I would say okay thinking they were actually shoes and since it was a shoe box and would take the box outside to him. Since it was covid I couldnt see who the guy was since he would wear a blue mask over his nose and mouth. All I could see was his eyes. I would then leave back to the house and that was it. Nothing else would go on during the time of living with my dad he wasnty having me doing anything bad anymore and would just let me live my life. We would have BBQ and chill at the house and soem of his friends would come over and that was about it.

18.     During the month of January is when my life would change. My dad's house would be raided and I and he would be arrested and I know that my actions were wrong and I shouldnt have done what I did and at first I did what I did to get closer to me dad and didnt know what he was into and was thinking it was nothing so serious until I found out. I did stop and told him i wasnt gonna do those things anymore. But what made me

continue was the fact that I heard the audio of them threatening him and me for the things I lost. If it wasnt for that audio I heard i would have stopped and wouldnt have been in this mess after all.

19.     Due to my actions and for me getting into this mess I have now lost my Job with the City of San Jose. Lost friends my relationship with my family and many opportunities. All because of one mistake i made. If i could redo life and change the path i had went down i would because nothing is worst then losing friends, family and a job that i love going to every morning and everyday. Working at lake cunningham skate park was my passion and something i really liked. Having the community and countless people coming up to me telling me they are happy for the work i have done making a dirt track so close to home and having that feeling that im making a difference not only in the community but seeing all the people and family's happy and enjoying something i created. I still go to the skatepark and hangout with some friends that i still have. But the hardest part is going and seeing the dirt track that i help make and maintain now turning into dust. I have learn from my actions and mistakes and already seen the consequences it has brought into my life and still seeing my life change because of it.

I swear this is all true under penalty of perjury.

Jose Campoy

To whom it may concern;

My name is Linda D. Zepeda-Diaz and mother of Jose Melchor Campoy. I met David while we were in high school in 1991 when I was only 17 year old. Being that he was the first boyfriend that I had ever had, due to my strict parents I was not exposed to having the freedom that a typical teenager would have my age. David convinced me to secretly date him so we would see each other after school and continued dating thereafter. David soon encouraged me to leave my mother house so we wouldn't need to follow house rules, so I opted to leave and move in with a childhood friend. As soon as I left, my older sister Sylvia was made aware of where I was and went to pick me up and offered to have me live with her instead. David and I continued to see each other and before we knew, we were expecting our first child Jose Melchor Campoy.

I was very naive and vulnerable, since I hadn't been sheltered by my parents and upbringing. I think David realized that and started his manipulating ways right away, as soon as I was pregnant David started to go missing for days, he would not come around, not respond to any of my calls and would say he was working. David was always attracted to the fast life and easy money. He could never hold down a job, but always said he would work on side businesses with a friend and said not to question him when he would leave and I obviously didn't know better. I started to see David's true colors when I would find out that he was seeing other girls (many at a time) and wouldn't come home for days at a time while I was pregnant. I myself was yearning and wanting to have a family, and keep my family together so I tried to work things out. As I got older and a bit wiser, my intuition started to kick in I realized that David was not the guy I had met he was conniving, a habitual liar, manipulator, deceiving and a narcissist!

David knows how to manipulate and use people to do whatever he wants them to do, and uses them as a puppet, he knows how to play people's minds. I know he did that to me! At times I thought I was going crazy and losing my mind. David managed to separate me from my family when my family was trying to convince me that he was "no good". David manipulated and even spread lies in order to separate and isolate me from everyone, so I had no communication with friends or family. He spread rumors and lies in order to bring conflict between my family, my siblings and any friends I had in order to control me. David did not like it when I would communicate with anyone if he wasn't present and listening to the conversation. At that time, I didn't realize what he was doing and what his true intension were. He intended to have full control of me and under submission. I was so naïve, dumb, blind and spineless, until my son Jose was born and after three years of living this life with David, I realized I did not want to raise my son under his influence, so I decided to leave and go live with a family member. I would raise my 3 year old son (Jose) alone.

I mustered up the courage to walk away and seek shelter where my son and I felt protected and supported. David would still manage to try to break me down any opportunity he had to either call me.  He would be-little me, by telling me I was not a worthy mother, calling me names and saying he would get someone to come get me, and make me feel I was not worthy. He also reminded me that I was not worthy and will never be accepted by another man. I mustered up the courage to stand up and finally let him know that he had no control over me ever again. With that being said. I chose to raise my son on my own with the help of my family since we had reunited again. David never made an effort to be a part of Joses' life. He never worried about picking him up to spend time with him. The times he did pick Jose up he would take and drop him off at his mothers house (grandma) he would leave Jose with his grandmother, drop him off



there and have her take care of him he never cared to play with him, take care of him teach him develop any of his skills.

David never put Jose in any type of sports and once he was ready to go to school he was never an active parent while in school. All David worried about was having a girlfriend or a few, and continuing to live the fast life my preference was not to have Jose exposed to that style of life, so I made sure to play the role of a mother and a father while he was growing up.  David was never a part of Jose growing up even though David lived with his parents, off and on. I did my best to keep Jose home but his grandmother Francisca (Davids mother) would ask for Jose often so I would let him go to church with her. I was told David was at his parents house, but he never made it a point to spend time with his son Jose. My son Jose would come home crying telling me how much he wanted to spend time with his dad (David) but that his dad would ignore him, leaving him behind with his grandmother it broke my heart to see my son Jose that way knowing how much he wanted to be a part of his dad's life!  David soon got married and had children of his own and would often ignore my son or use him to babysit his other kids. I often asked my son why would you agree to babysit and his response was "well if it means that I spend time with my dad, even though it's when I'm babysitting, then I might as well". That comes to show you how much my son was yearning for his father's affection!  Jose never felt worthy enough for his dad. His dad (David) would belittle him call him names because I would not allow him to do what his dad would ask and would belittle him making him feel that he was not a male/man, but instead a girl (pussy) in his dad's words. His father's rejections made Jose lose confidence in himself and struggle with depression and self-esteem issues! As soon as he was 17-18 years old, David started telling Jose that he couldn't wait until he was eighteen so that he didn't have to listen to me (his mom).

David encouraged Jose to move out of my house so I wouldn't have any control or say over what Jose would do. David would always tell Jose, he did not have to listen to anything I would say and that Jose could move out since he was 18 years old!. Looking back at this, David was grooming Jose and preparing him to make Jose his puppet (as he had done to many before). David has always been good at hanging around with young adults/kids, people that are naïve and easy to manipulate, so that he can be the "master puppeteer" he knows what he's doing and he laughs at everyone who is doing his "Dirty Work". I remember David commenting and saying "look at all those idiots that don't know that I am the master puppeteer"!.... Now all that makes sense.... When David convinced Jose to leave the house, he brainwashed him and bribed him so that his father could be proud of his son and finally get the attention Jose so long yearned for! David poisoned Joses' mind using Jose to do his Dirty Work while giving him praise while promising to spend time with him while promising to take him to dinner while promising to take a drive with him that's all that Jose was looking for he was looking for love attention affection and most of all "acceptance" from his own father. He was now getting attention and knew that his dad was proud of him when he would say good job son and reality it was all a lie!

Date: 3/25/2022
From: Stayse Zepeda

Your Honor:

I'm writing this character reference letter for my nephew Jose M. Campoy. My name is Stayse Zepeda and I'm his aunt on his mother's side. I have been in Jose's life since infancy.

Throughout Jose's life, I witnessed nothing but good moral behavior in Jose. I know my sister did her best in raising him right. From a young age Jose was always involved in sports, recreational activities and was always around family (his mother side). I never heard of Jose being in any problems.

That is why this news of Jose's involvement in the activity described in this case was a total shock. This is out of character and out of Jose's background.

In my opinion, Jose made the worst mistake when he turned 18 to move out of his mom's house and in with his biological father. While Jose was trying to build a relationship with his father who had been absent his whole life; his father carelessly dragged Jose into the illegal activity described in this case.

Had Jose not been influenced by his father; he would've had a bright future. Working in the Job he loved at Santa Clara Parks & Recs and living his life with family who love and adore him. Jose is a good young man that made a mistake under the guidance of his father.

Thank you for your consideration of this character reference letter in the next hearing.

Sincerely,

Stayse Zepeda

Sylvia Zepeda
232 Chalet Ave
San Jose, CA 95127

March 12, 2022

Re: Jose Melchor Campoy

To The Honorable Judge,

It is a genuine honor to write this letter in favor of Jose Melchor Campoy who is my dear nephew and Godson. Jose has always been a very quiet, kind hearted, respectful and loving child and now young man. Jose has always been embraced and dearly loved by our family growing up, especially since he was raised without his father. We made sure to instill faith, good morals and respect for others growing up. Jose started to be sought out by his father during his late teen years. We noticed Jose's' excitement to have his father come around and his father wanting to have him around more and more often as time went by.

Although we were against his father wanting him to be around now that he was grown, Jose was elated to have his father reaching out to him.

I am sincerely heartbroken to learn of the decisions Jose has made and outcome of his actions. Jose has shared regret, remorse and realizes the impact to society and others due to his decision, and he wishes he can go back in time to make better choices.

Your honor I/we realize what Jose did was tremendously bad and we realize that Jose must now face the consequence's for his actions, but your honor I ask for some leniency on his sentence. It frightens me to think that he will be sent to a prison where he will be sucked in by gangs and life criminals where he will be targeted, hurt, pressured and threated to comply with prisoners requests and sucked in deeper into the world of crime, with no way out.

Your honor, I want to thank you for your time and consideration of my letter and I keeping everyone in prayer. Thank you!

If there is need to verify my statement, please do not hesitate to contact me at 408-561-5097.

Sincerely,
Sylvia Zepeda

April 3 , 2022

Dear Judge Freeman

My name is Luis Diaz Tapia, stepfather to Jose Campoy since 2006 . I've been in Jose's life since his age of seven years old.  Jose has always been a very respectful, kind young man, whom was sadly lend in the wrong direction by his absent biological father.

During the pasted year, Jose and I had serious conversations, realizing and understanding the severity of his mistake/this case. Jose has been under supervision upon his bail, he's maintains a 40 hour job and currently enrolled in technical class like automotive body repair, Welding class and OSHA 20 construction certificate and if willing... Jose will taking courses to turn his life around for the better. I can assure you this.

Your honor I give you my word if Jose is granted a second opportunity to start over, I will give my 100% to guide Jose on the right path. I strongly believe Jose was concourse and mislead to making wrong choices. Although a grown man but mentality a kid yet to matured.

Jose has made a huge mistake and he is incredibly remorseful, is willing to do whatever it takes to repair his life but to do that, if he could be given an opportunity to get a second chance. I recognize that Jose broke the law, and I do not believe that Jose should get off without punishment. I just hope you will recognize the power you wield with regards to his future. My wife and I plead for leniency during sentencing. Thank you

Sincerely Luis Diaz Tapia 669-224-9447

**Subject**    Jose Melchor Campoy
**To:**        [null <lzep001@yahoo.com>]
**From**       Aurora Campoy <aucam84@gmail.com>
**Date**       Wed, Apr 13, 2022 at 4:34 PM

13 April 2022

Benjamin and Aurora Campoy
3222 Parkhaven Dr, San Jose, CA 95132


To whom it may concern,

We, Benjamin R. Campoy and Aurora E. Campoy are uncles of Jose
Melchor Campoy and are writing this letter to give background and
history of him in our lives. I, Benjamin Campoy, am Jose Melchor
Campoy's uncle, brother to his father. I Aurora Campoy is married to
Benjamin Campoy, and has been in Jose's life since his birth.

Jose has always been one to have a very small circle of friends.
Growing up with our 3 boys ( ages 21, 15, and 9) it was always
noticeable that he was part of our family, and our three boys were
probably his best friends. Jose was always at birthday parties, family
activities, and vacations with us and his three cousins. He had a daily
interaction with our boys since he was always enrolled in the same
schools and would come home almost every day with our oldest son.
We noticed Jose distancing himself from us mid 2018. We didn't
think much of it since he got a job working at lake Cunningham park
and seemed to be doing well. We were proud to see him periodically
at his job since our middle son would have cross country events at
the park. Around this time, it was through social media that our oldest
son let us know that Jose started spending time with his dad. It
weighs on us to say that Jose had limited interaction with his father
since his early childhood. We always noticed and talked about how
Jose never gave up hope of trying to have a relationship with his dad.
The conversation of Jose looking up to his father always came up

with his mother Linda and grandparents. It's hard to say, but his father was rarely part of his daily routines like transportation to and from school, school events, and even school graduations. Yet, Jose's attention and admiration was always noticeable through conversations and his kind heart of how he perceived his dad.

To speak of Jose being involved in a federal case like he is in now was a huge shock to all of us here at home. Now understanding that he chose to be in close contact with his father, it does not come to a surprise that Jose would've done and acted in any activity, good or bad just to have a relationship with his father. We truly believe that it is not in Jose's nature to live a lifestyle of crime and be a part of any criminal activity that would harm another human being. It has been informed to us by his mother Linda Zepeda, that Jose is facing serious time in prison. Jose is not a person built to live an experience like going to prison for making immature decisions that were not quantifying in his mind then, and even now.

In our eyes, Jose is a gentle kind hearted young man that deserves a fair chance to be a responsible and productive member of society. Now that his dad is facing serious charges by his own doing, gives Jose a one hundred percent chance of being a productive young man in society. Jose's mom has kept us up to speed on how he has been doing at home and at work after being released. We are hopeful and keep Jose in our prayers so the court can see what an awesome person our nephew is and pray that his light is not extinguished with a sentence that will set him back for years to come. Given a chance, we genuinely believe that Jose will never come close to breaking the law and jeopardize his freedom again.

Sincerely,

Benjamin and Aurora Campoy

# SOUTH EAST CONSORTIUM SELPA
## INDIVIDUALIZED EDUCATION PROGRAM (IEP) - INFORMATION / ELIGIBILITY

**Student Name** *CAMPOY, JOSE MELCHOR*     **Date of Birth** *12/18/1999*     **IEP Date:** *9/28/2017*

Original SpEd Entry Date *10/22/2008*     Next Annual IEP *9/28/2018*

Last Eval *9/28/2017*     Next Eval *9/28/2020*

**Purpose of Meeting**  ☐Initial ☑Annual ☑Triennial ☑Transition ☐Pre-Expulsion ☐Interim ☐Other _____

Age *17*     Gender ☑Male ☐Female

Grade *Twelfth grade*     Migrant ☐Yes ☑No     Native Language *English*

EL ☐Yes ☑No     Redesignated ☐     Interpreter ☐Yes ☑No

Student ID *71614511*     SSID# *4113561870*

Residency _____ _____

| | | | |
|---|---|---|---|
| Parent/Guardian | *LINDA ZEPEDA* | Home Phone | *(408)625-0694* |
| Home Address | *3222 PARKHAVEN DR* | Work Phone | |
| City | *SAN JOSE* | Cell Phone | *(408)625-0694* |
| State, Zip | *CA , 95132-1828* | Email Address | *LZEP001@YAHOO.COM* |

| | | | |
|---|---|---|---|
| Parent/Guardian | *DAVID CAMPOY* | Home Phone | |
| Home Address | *2560 CHANT CT* | Work Phone | |
| City | *SAN JOSE* | Cell Phone | *(408)529-8795* |
| State, Zip | *CA , 95122-1004* | Email Address | |

District of Residence *East Side Union High*     Residence School *Piedmont Hills High School*

Ethnicity: *500 Hispanic*

Race 1. *700 White* Race 2. _____ Race 3. _____

**INDICATE DISABILITY/IES** Note: For initial and triennial IEPs, assessment must be done and discussed by IEP Team before determining eligibility.

**Primary** *Specific Learning Disability (SLD)*  **Secondary** *200 None* * Low Incidence Disability

☐Not Eligible for Special Education     ☐Exiting from Sp. ED. (returned to reg. ed/no longer eligible)

**Describe how student's disability affects involvement and progress in general curriculum(or for preschoolers, participation in appropriate activities)** *Jose demonstrates a discrepancy in the area of auditory processing disorder and attention*

EXHIBIT C

**FOR INITIAL PLACEMENTS ONLY**
Has the student received IDEA Coordinated Early Intervening Services (CEIS)
using 15% of IDEA funding in the past two years?     ☐Yes ☑No

Date of Initial Referral for Special Education Services     *09/08/2008*
Person Initiating the Referral for Special Education service     *30 Student Study Team/Intervention Team*
Date District Received Parent Consent:     *09/10/2008*

# EAST SIDE UNION HIGH SCHOOL DISTRICT
## *Chris Funk, Superintendent*

## TRIENNIAL REVIEW – PSYCHOEDUCATIONAL ASSESSMENT

### *--Confidential--*

| | | | |
|---|---|---|---|
| **Name:** | <u>Jose Campoy</u> | **DOB:** | <u>12/18/1999</u> |
| **ID:** | <u>71614511</u> | **Age:** | <u>17</u> |
| **School:** | <u>Piedmont Hills High School</u> | **Grade:** | <u>12th</u> |
| **District:** | <u>East Side UHSD</u> | **Report date:** | <u>9/20/2017</u> |
| **Report by:** | <u>Adrian Maier, School Psychologist</u> | **Case manager:** | <u>Mrs. Wheldon</u> |

## REASON FOR REFERRAL

Jose was referred for triennial review of eligibility and educational progress. Additionally, the present assessment will provide information to be used in educational planning.

## EVALUATION PROCEDURES

Jose's primary language, racial, and ethnic background were considered prior to selection and interpretation of evaluation procedures and measures. All assessment procedures measure a limited sample of a person's total repertoire. Test scores obtained during assessment can be influenced by motivation, attention, interests, and opportunities for learning. Test scores cannot assess all of the skills that a student may be capable of using to assist him in achieving success. The selected measures should only be interpreted within the limits of their measured validity.

The following procedures were components of the evaluation:

- *Wechsler Individual Achievement Test, Third* Edition (WIAT-III)
- Achievement tests—group scores
- Review of records
- Parent/Guardian Input
- Student Input

## SPECIAL EDUCATION BACKGROUND INFORMATION

Jose initially qualified and began receiving special education services in October 2008 and continued to qualify for Special Education Services by meeting the eligibility criteria for Specific Learning Disability (SLD) with Attention and Auditory Processing Deficits impacting academic functioning. Jose has received services via the RSP Program at Piedmont Hills High School via one Special Education class: Basic Algebra 1 S3/S4.

## MEDICAL/HEALTH INFORMATION

Jose passed his vision and hearing testing in August 2017.

## PREVIOUS ASSESSMENTS

Please refer to Jose' Cumulative Records File for a complete list of previous assessments.

## LANGUAGE

Jose's primary language is English. Jose is a bilingual student.  The languages spoken at home are English and Spanish.

## STANDARDIZED TESTING

Please refer to Jose's Cumulative Records File, for standardized testing information.

## PRESENT ACADEMIC ACHIEVEMENT

Jose is currently a 12th grade student at Piedmont Hills High School.

According to School Loop/Infinite Campus, Jose's most recent grades are as follows: 3 C's (Biology, Economics, and Genres of Composition), 1 D (Basic Algebra 1) and 1 F (English 1).

Jose accumulated 130 of 210 credits attempted, of 225 credits required for graduation, with a Cumulative Unweighted GPA of 1.37.

## ATTENDANCE

Jose's record indicated 35 periods of absences (7 periods unexcused) and 9 tardies for this school year.

## STUDENT INPUT

In order to obtain an idea of the student's view of their performance and functioning at school, Jose was asked to complete a *Student Input Form*.  Jose is a senior student who lives with his mother and with his stepfather, in San Jose.  Jose has done "not so good" in high school. Jose's favorite class is Carpentry. His most difficult subject is Math. Jose's main problem in school is difficulty focusing. Jose needs help with homework.  Jose completes his homework daily and spends between 1 and 2 hours per day completing it. Jose attends school regularly. Jose would like to graduate from high school and attend college in the future. Jose had a job through Workability.  Jose is able to microwave his food and has chores at home, such as doing the laundry, cleaning his room, taking out the garbage, and washing dishes. Jose participates in football at school.  Jose enjoys BMX and fishing in his free time.

## PARENT INPUT

In order to obtain an idea of the student's view of their performance and functioning at school, Jose' parent/guardian was asked to complete a *Parent Input Form*. Mrs. Zepeda, Jose's mother, is satisfied with Jose's educational progress. Mrs. Zepeda would like to see Jose's educational plan continue unchanged. Mrs. Zepeda believes that Jose continues to require Special Education.

## ACADEMIC ACHIEVEMENT

### *Wechsler Individual Achievement Test-III (WIAT-III)* subtests (9/14/2017)
*(Standard scores 90-109 = average; %ile rank 25-75 = average; age-based scores)*

| SUBTESTS | Standard Score | 95% Conf. Interval | %ile |
|---|---|---|---|
| Reading Comprehension | 79 | 67-91 | 8th |
| Word Reading | 81 | 76-86 | 10th |
| Numerical Operations | 80 | 75-85 | 9th |
| Spelling | 78 | 72-84 | 7th |

Standard scores based on age were used.

The WIAT-III assessed Jose's current level of functioning in specific academic areas:

- <u>Word Reading</u> – Reads as quickly as possible from a list of words.
- <u>Numerical Operations</u> – Solves written math problems requiring addition, subtraction, multiplication, and division using whole numbers, fractions and decimals.
- <u>Spelling</u> – The student spells a target word based on its meaning as it is used in a sentence.

**Reading**
Jose performed in the Low Average range on tasks that required him to correctly read a series of printed words as indicated by his Word Reading standard score (81). His skills in this area exceed those of approximately 10% of students his age.

**Mathematics**
On tasks that required him to add, subtract, multiply, and divide one- to three-digit numbers, fractions, and decimals; and solve simple linear equations Jose performed in the Low Average range. He achieved a Numerial Operations standard score of 80. His skills in this area exceed those of approximately 9% of students his age.

**Written Language**
On tasks that required him to correctly spell verbally presented words Jose performed in the Borderline Range. He achieved a Spelling standard score of 78. His skills in this area exceed those of approximately 7% of students his age.

## DETERMINATION OF ELIGIBILITY

A review was conducted by Adrian Maier, School Psychologist on 9/20/2017. Special Education records, transcripts, and other educational documents were considered. One consultation was held with the case manager on 9/20/17. This review is required by the State Education Code and by Federal Special Education Law (IDEA). Based upon this review, the school district has determined that <u>Jose continues to qualify for Special Education</u>. No further testing is required to make that determination. Academic testing was recommended to assist the team in discussing educational progress. The following determinations are recommended to the IEP team.

*Determinations:*

- – Jose continues to manifest a disability in the area of Specific Learning Disability (SLD) with Attention and Auditory Processing impacting academic functioning in Reading Comprehension and Written Expression.
- – Jose continues to require Special Education and/or related services.
- – Some additions/modifications to the Special Education and/or related services may be needed to enable Jose to meet measurable annual goals set out in the IEP and to participate in the general curriculum. Please refer to IEP.

Signature:

Adrian Maier, MA, NCSP
School Psychologist
408-347-3823

CONFIDENTIAL                Campoy, Jose          4



## CERTIFICATE OF COMPLETION

This certifies that

**Jose  Campoy**

has successfully completed the course

Excavator (Heavy Equipment) Operator Safety Training Online

 Course Duration
1.0

 Completion Date
12/15/2021


Samantha Montalbano, Chief Operating Officer

5000 Plaza on the Lake, Suite 305 | Austin, TX 78746 | 877.881.2235 | www.360training.com

- - - - - ✂ (CUT HERE) - - - - - - - - - - - - ✂ (CUT HERE) - - - - -

 This certifies that the person named below
has successfully completed the

Jose Campoy

Excavator (Heavy Equipment) Operator Safety Training
Online


Samantha Montalbano, Chief Operating Officer
5000 Plaza on the Lake, Suite 305 | Austin, TX 78746 | 877.881.2235 | www.360training.com

12/15/2021
Completion date

This is your pocket card which may be used as proof of training
completion. This training program is intended to provide
supplementary job safety training and is not required or
approved by any regulatory authority.
Please check Federal, State, and local regulations for additional
training requirements related to your specific job.

Questions?                                        support@360training.com

visit: www.360training.com/osha-campus              877.881.2235


EXHIBIT
D



# Certificate of Completion

## THIS CERTIFICATE VERIFIES THAT

### Jose Campoy

HAS SUCCESSFULLY COMPLETED Skid Steer (Rubber-tired & Track Loader) - Operator Safety Course Online

## THE TRAINING WAS CONDUCTED ON 03/12/2021

BY SAFETY PROVISIONS, INC.

EXPIRES: 3 YEARS FROM DATE OF TRAINING

OPERATOR SAFETY CERTIFIED



ATTESTED BY: ARTHUR LEE, PRESIDENT

  360training.com 

OSHA COMPLIANT SAFETY TRAINING

HARD HAT TRAINING SERIES
PROVIDED BY SAFETY PROVISIONS, INC.

---

hardhattraining.com

## OPERATOR QUALIFICATION CARD

This certificate verifies that

### Jose Campoy

has successfully completed:

Skid Steer (Rubber-tired & Track Loader) - Operator Safety Course Online

**Date Issued:** 03/12/2021          **Expires:** 3 years

**Attested by:** Arthur Lee, President

 360training.com HARD HAT TRAINING SERIES
www.hardhattraining.com

Date: 03/12/2021    Trainee Signature:

*To validate this card, it must be dated/signed by its holder.*

company policies, and operator manuals pertaining to his/her job.
understands it is his/her responsibility to be familiar with the regulations,
those entities overseeing his/her employment. The card holder further
course, and is committed to following the regulations and rules instituted by
This wallet card acknowledges that the bearer has successfully completed said

This training was conducted with industry best practices in mind, and in
accordance with federal, state/provincial, and company guidelines.

To order official copies of your certificate and/or wallet card :

hardhattraining.com/certifications or email info@safetyprovision.com

*Discounts apply for companies needing multiple certifications.*

**Printing:** In some cases, when viewed/printed in a browser window, the wallet card lower may get cut off. To rectify this, simply save the .pdf then print.


FOLD



# Certificate of Completion

## THIS CERTIFICATE VERIFIES THAT

Jose  Campoy

## HAS SUCCESSFULLY COMPLETED Front-end Loader - Operator Safety Course Online

## THE TRAINING WAS CONDUCTED ON 03/03/2021

## BY SAFETY PROVISIONS, INC.

### EXPIRES: 3 YEARS FROM DATE OF TRAINING

ATTESTED BY: ARTHUR LEE, PRESIDENT

  

---

hardhattraining.com

## OPERATOR QUALIFICATION CARD

This certificate verifies that

**Jose  Campoy**

has successfully completed:

Front-end Loader - Operator Safety Course Online

**Date Issued:** 03/03/2021          **Expires:** 3 years

**Attested by:** Arthur Lee, President


www.hardhattraining.com



To order official copies of your
certificate and/or wallet card :

hardhattraining.com/certifications
or email info@safetyprovision.com

Discounts apply for companies
needing multiple certifications.

**Printing:** In some cases, when
viewed/printed in a browser
window, the wallet card lower
may get cut off. To rectify this,
simply save the .pdf then print.

FOLD

Date: 03/03/2021   Trainee Signature:

To validate this card, it must be dated/signed by its holder.

This wallet card acknowledges that the bearer has successfully completed said course, and is committed to following the regulations and rules instructed by those entities overseeing his/her employment. The card holder further understands it is his/her responsibility to be familiar with the regulations, company policies, and operator manuals pertaining to his/her job.

This training was conducted with industry best practices in mind, and in accordance with federal, state/provincial, and company guidelines.