EDWARD N. AJLOUNY, STATE BAR NO. 176188
ATTORNEY AT LAW
2 N. MARKET ST., SUITE 444
SAN JOSE, CALIFORNIA 95113
(408) 297-6425

ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-0458 BLF |
| Plaintiff, | **DEFENDANT JOSE CAMPOY'S SENTENCING MEMORANDUM; CORRECTED STATEMENT OF JOSE CAMPOY** |
| vs. | |
| JOSE MELCHOR CAMPOY, | |
| Defendant.         / | DATE: MAY 3, 2022<br>TIME: 9:00 AM<br>DEPT: Hon. Beth Freeman |

1

CORRECTED
# Statement of Jose Campoy

1. My Name is Jose Campoy, and I graduated high school in 2018. Ive always wanted to be closer to my dad and spend more time with him. As a little kid I didnt get to live with my and I had two brothers and one sister on my dad's side, and so seeing them live with my dad and how much fun they had, and that was something I always wanted with my dad. My mom and dad never married and I had lived with my mother for most of my life while I was in school. After I graduated I had made the decision to move into my grandma's house with my grandpa and my father. Due to living with my mother most of my life I didnt see my dad as much and only saw him once a month and we would go fishing, watch a movie, go to Great America. So when I turned 18 years old I had made that decision to move because I wanted to be closer to him and spend more time with him. For me being closer to my dad was something I always wanted.

2. My dad would most of the time miss important things in life birthdays, graduations, baseball games and football games. When I was little and being the child that I was and growing up with my mom I would always want to spend time with my dad or when I got the chance to go see him I would do anything to make sure it happened. The first year of living with my dad was great. It met my expectations that I had from seeing my siblings living with him and in that first year living with him we went fishing travling to mexico to go see off road races and even started our own project truck together. It was never a dawl moment being with my dadadn having so much fun with him. I was having so much fun that I had broken up with my first girlfriend just to spend more time with him. After the first year of being with him was great and I had so much fun things took a turn once the year 2020 hit.

3. The year 2020 was off to a good start but things started to become weird as my dad would ask me to join him and go on a drive with him late at night. We would go to San Fransico and he would go downtown and park by this building and would have me wait for him. He would tell me that he had to go see his friend and that he would be right back. He cameback and put a small bag in the back of the car and I would think much about it



and would just go on about my day. We would go on those Drives about five more times in the month of January. It was now the middle of February and he had not asked me to go for a drive again and so I didnt think much of it. Until the end of February he had called me to his room as I had just gotten home from work and he had asked me if I could go do a favor for him. He told me that he wanted me to go and take a package to his friend in San Fransico.

4. We would have a conversion of where I would take the box too and being his son I didnt want to say no and i didnt want to disappoint him and by the look on his face he seemed tired so I did the favor, not thinking much of it. The box was an amazon type box with amazon tape, so I had thought it was just something he ordered for his friend so I took the box and went to San Fransico for him. I would then see his friend and he would give me a smaller box or a paper bag and when I was little I was tought to not be in other people's business so I didnt look to see what was inside the tiny box. All I knew was I did my dad a favor and inside I felt good Because I did something nice for him and thought that doing the favor would make him a bit more proud. I would go on to do those same favors Most of the time when he would call me to his room and I didnt see that him asking for the favor would get me in trouble or was a bad thing, but then again i never saw what was in the boxes or the bags i would take to San Fransico. Eventually I got curious as to what I was taking and why I would drive to San Fransico so much and why I would take all these packages or bags that I couldnt see into. I opened the bag and saw some crystal type stuff that I didnt know was drugs. Being with my mom most of my life she never showed me what these types of drugs looked like. But I had heard of them but never seen them in my life let alone close up.

5. After my drive to San Fransico I would confront my dad about what was in the boxes and he wouldnt want to tell me and told me why I was looking inside the box. I would tell him so I got curious as to why I was driving to San Fransico and why there were so many packages going to this one guy named Dave. He would then yell at me and say Jose mind your own business. I then would go to my room upset for looking in the boxes and not minding my own business. A couple days would pass and me and my dad would not talk

much the next day until he came into my room and asked me if i wanted to go get lunch before working on our project truck. I said yes Becuase I was excited to go work on the truck because we had new parts. While driving to the place where we worked at the ranch he said sorry for Yelling at me and I forgave him but he still never said what was in the boxes.

6. Months would pass and I would just be working and being at home. Once and a while I would go hangout with my dad and be his driver when he would go party late at night and couldnt drive home. I would meet a couple of his friends when I would go with him and hear all the good things he would talk about me, making me feel good like I was actually getting closer to him because we would spend alot of time together and going on trips to Mexico to see off-road racing. I would then meet one of his friends named Nacho a couple of days later. Me and Nacho would exchange numbers since sometimes he would party with us and my dad would want me to tell him since his girlfriend wouldnt let him go out he would have me schedule or invite his friends and telling him where to go and where to meet before we would go to a party so he could just sneak out without her knowing and his friends already knew where to meet and what times since I would tell them from what he would message me. A couple months later me and my dad would be driving to get lunch as his friend Nacho called me. He would ask me where's your dad he's not answering. I would reply to him and he started to ask me if I knew prices of the drugs he was selling and I said no so my dad told me what to tell him about how much things were and for what weight it would cost. I said what my dad would tell me and told Nacho over the phone. Then on March 1 I would have called nacho as my dad had instructed me to do right before he left town. I would have called him and told him the things my dad had told me to tell him right before he left, which were that we were out and that pricing was going up.

7. A couple of days would pass and we would be cool and having lunch and spend time with each other going fishing and going to see off road races in Mexico and in LA and going to those events. After about a couple weeks later my dad was at home and I had the day off of work and was in my room playing vidoe games. My dad had texted me to go

3

outside and helped him with something. I went outside to see what had happened or what he needed help with as I saw a white that I had never seen before. I would go over to him and see him pulling pulling out some 2x4 looking boxes and wasnt able to see into them as to what was inside and i didnt ask questions as to what was inside I just helped him because I saw he needed it, so i held a trash bag open for him as he would throw the boxes into the bag until the boxes had changed to some clear type wrapped bags that I could see the same crystal stuff I saw last time. I imdeaetally asked him what those were and why he needed them and he just looked at me and said dont worry about it and hold the bag. I would then let the bag go and say no as now I was worried as to why he didnt want to tell me what was in the bag. We would have an argument outside the house for him not telling me what it was and why he didnt want me to know. I would then just leave the area and go back to my room and play my games to cheer up as I was a bit upset about the whole argument.

8. Me and my dad would not talk for another couple of weeks until he needed another favor from me. He would have surgery on his chin for his douldle chin and said some people were coming to see him and they had something important for him. I would have an argument with him because I would work the next day and didnt want to call in sick. I had started work for the city of San Jose so this job was pretty important for me and didnt want to start calling days off when I had just started to work there. We would argue and he would tell me thing like im done with you and that he would want me to move back with my mom since i didnt want to call off work to help and at that time me and my mom were not on good term due to me moving with my dad as she was mad at me for leaving so I thought to myself where would I go if I get forced to leave the house. After hearing that it hurt me the way he was talking to me and I just said alright I'll do it just to get it over with the whole fight and not be forced to leave the house since I felt like i had nowhere else to go and didnt want to end up on the streets. The next day he would be gone and had left for LA at 5Am and I would go meet the people he wanted me to meet. He would text me a couple of hours before saying they would give me their car and that I would later have to unload something from it, but never told me about the unloading of the car until I was already in the other peoples car. That day I was supposed to hangout

4

with my friend kim and some friends so I decided to take the car to her house since it was close by and had already had plans to meet with her.

9. I would get to her house and start to unload the stuff from the car and notice it was the same stuff from the last time I was holding the bag. But since my dad was away in LA I just unloaded the car due to him being in LA. I didnt like it but what was I supposed to do since my dad was in LA. After a while we unloaded the car and put the bags in Kims jeep. I told her to stay as I would take the car back and she didnt hear what I said and got in her car loaded with the bags as she left. I followed behind her as we drove off. I then looked in my rear view mirror and noticed a car behind me noticing it was following me. We could keep driving as we passed the first light leaving her house. A Highway patrol would pull out from the shopping center near her house, almost hitting the car I was in and cutting me off as we drove. The highway patrol would pull her over and I woud drive off now fearing for her because the drugs were in her car.. I would call my dad and tell him they pulled her over as he said "ok Jose dont go back to where you picked up the car, go hide it and head home as fast as you can." I did as I was told and drove home and still feared the worst.

10. After I got home I would call my dad frantically trying to figure out what was happening and why she had gotten pulled because at the time i didt know what was happening or that we were being watched. He wouldnt answer for the whole day and neither was my friend Kim. After a whole day of not getting in contact with my dad or kim my dad would call me and I would tell him "Dude tell me what's going on now why is all this happening what's going on". He wouldnt tell me and said I'll expain when I get home tonight. After a while the time was eight at night and my friend Kim would call me saying she got let out and had a court date sometime in November. I would ask her what for and she said she doesnt know and that her paperwork didnt say much on it all she knew was they still had her jeep but was gonna go pick it up later that day. After hearing my friend was okay but still had to go to court for something she wasnt involved with I then wanted answers of what exactly was going on.

11. Later my dad would get home at 11 at night as I walked into his room and asked him "what is going on and why did they pull over my friend and why were we being

5

followed. He would then explain to me what was going on and that he was selling drugs and that what we had unlaoded was a shipment of drugs. I would get mad at him and tell him "are you freaking crazy why would you make me do that for you". He would look at me and say "I know i'm sorry i didnt think it would go like that". I would tell him then "well know because of this my friend has court for something she isnt even invovled with ". He would just look at me again, not having words to say to me. I would also tell him "what if it was me they pulled over what I am supposed to do I too am not a part of this and you're just making me do your work while you're off in LA with your girlfriend having a great time vacationing or whatever you guys do over there". He would then get mad for how I was talking to him and telling me "Jose what I do is none of your business okay and weather you like it or not is not my problem if you dont like it you can leave and go find another place to live because i'm not gonna let you disrespect me". After hearing that and being hurt by his words I would leave my room upset at what he told me. After a couple of days we wouldnt talk nor even try to see each other or even eknowegde each other until my grandma spoke to my dad when he came into my room and told me sorry for what he put me and my friend through. I would say its okay just because I was still mad and didnt want to talk. He would then tell me he wouldnt stop having me do favors for him atleast the favors that involved drugs. I said okay and he would leave my room and I would play vidoe games.

12. A few months would pass and we were talking again and going to get lunch and hang out and at that time my dad had moved out of my grandmas and was living with his girlfriend renting a small house. Later that day I would get a call from him saying "hey I need you to come over and fast. I would say why? And he jsut said just come over here and I need your help. So I went to his house and he would come out and tell me I got into and argument with my girlfriend named Jenny and that she was saying she was gonna call the cops so he put a bag in the car I was in and said take this to grandmas and before even leaving I would ask "wait what's in here i'm not taking something bad". Still scared of what had happened with my friend Kim. He would just say "its money dont worry check to see if you dont believe me". So I did a check and it was just money so I said okay and drove to my grandma's house. What I didnt know was that later I would be

6

followed all the way home until I drove down a street to get to my grandma's house where one of my dad's friends had lived. Once I got home my dad would call me and tell me his friend had said that a van and two other cars were following me and to hurry and put the money in his room and run to this little path way we had outside our court where we lived where you can see if anyone is coming. I would run to the path area and sit to see if anyone was following me as I did see the cars that he told me and would call him and confirm that they were there. He would then tell me to put the money in his room and to get in my car and see wha they do. I would go put my money in his room and grab my dog to make it seem like I was taking my dog for a walk as soon as I came out from putting the bag in his room and had my dog ready to go into the car, I would see one of the cars had pulled into the court we lived in and was leaving out. I then got my dog into the car and drove to the park.

13. I was then at the intersection of Capitol and Ocala when four cars pulled up behind me and were following me as I drove. I took a turn down one of the roading that would lead to the park where I was going to walk my dog as the car split up and two followed me and two went straight. The cars would later come out of another street and all four of them would be behind me again. I would get to the park and walk my dog as guys would follow me around the park, some walking and some in their cars. I was scared of what was going to happen if they were gonna arrest me for unlaoding the car. It would become late and the park was closing as I didnt see the cars nor the people following me anymore as I drove home and called my dad saying I was okay and I was on my way home. He would say okay and that he would meet me at my grandma's house. Later me and my dad would talk to me about what I saw and explain what I saw and everything that happened. We would finish talking and I was upset because now I was being watched for things he was doing and I would tell him you need to stop. They are watching you. He would just get mad at me and say he was gonna be okay and that he wasnt gonna have me do anymore favors for him that involved taking drugs.

14. Months would pass by and I still didnt do anything but work and just be home so I had thought doing my dad's work for him was over and that the people who were

7

following me would be over. Until my dad called and told me he had gotten Covid 19 and was sick in bed and wanted me to take him some food. So I got in my car and went to take him food. When I got to his house I would leave him the food and begin to walk to the door to leave until he had told me to wait. He would then tell me that he would need me to take drugs to San Francisco again for him. After saying no and that I wasnt gonna do it he would then tell me that some people from Mexico were upset with him for losing the shipment I had lost when he was in LA and that they had threatened him to pay them or work for them or bad things would happen. I wouldnt believe him at first until he pulled out his phone and started to play an audio recording of what they had sent him and threatened him. I would still say no to it and not believe what he was saying until he played another audio recording of them saying they would come after me too.

15.  At that point I feared for my life even more and didnt know what to say and out of fear I simply just said sure. He would hand me another bag and assuming it was filled with drugs i didnt want to know what kind I just wanted to get this over with. I would drive to San Fransico and drop them off to the guy he told me to meet over there. I would continue to go for him for about a month, going atleast 7 times in one month and sometimes he would even have me weigh the stuff on a scale for him during this time when he had covid. By the following month I would go for him since he was still with covid and on this time when i went I would be followed again all the way to San Fransico by a grey ford explorer. I had seen that same explore before leaving San Jose as I had seen it at the light before getting on the freeway. I would get off the freeway and stop at a gas station to see if I was being followed. I would walk in and see the explorer drive by the first time. I would buy a drink and now see the same explorer drive by again going the opposite direction. I would fear for my life as this time I had something that would get me in trouble if I was caught. I would then leave the gas station seeing the explore drive behind me as I would pull into a Mcdonalds and get some food. I would then park in the parking lot and eat my food fearing the worst to happen as I called my dad and told him what was happening. He would then tell me to not worry and to throw the bag away somehow.

16. I would then get the bag with drugs in it and throw it in the Mcdonalds bag and get out of my car to throw it away. I would throw it in the trash can and leave back home and look in my mirrors to see if I was being followed still. I would get home and hurry inside and fear that whoever was following me had followed me home or seen that I threw the bag in the trash. The following day my dad would want me to come to his house to talk to him. He would explain that he would have me stop doing his work for him again and that he woudlnt want me to get in trouble. I would agree with him. By this time I would stop completely doing his work and taking drugs to San Fransico. After a couple months would pass by and my dad would have moved again to another house he was renting and I would be with my grandmas still living with them. I would still see my dad and hangout with him and have a good time and was happy that he had me stop doing his work for him. After a while of living with my grandparents they would tell me that they had plans to restore their house and we're gonna fumigate the house. They had already planned to stay with a family friend and had told me to ask my dad to stay with him until they were done with the house.

17. I would then move in with my dad at his new house he would rent and wouldnt began much with me because i thought it was gonna be a short time of living with him as I was excited to live with my dad and spend more time with him. During this time of living with my dad I would just work at my city job and go to school for a trade after work from there would just go home and that was pretty much my day. After a while of living with my dad he would call me one day and say that his friend was outside to pick up some shoes that my dad had brought back from Mexico. I would say okay thinking they were actually shoes and since it was a shoe box and would take the box outside to him. Since it was covid I couldnt see who the guy was since he would wear a blue mask over his nose and mouth. All I could see was his eyes. I would then leave back to the house and that was it. Nothing else would go on during the time of living with my dad he wasnty having me doing anything bad anymore and would just let me live my life. We would have BBQ and chill at the house and some of his friends would come over and that was about it.

18. During the month of January is when my life would change. My dad's house would be raided and I and he would be arrested and I know that my actions were wrong and I

shouldnt have done what I did and at first I did what I did to get closer to me dad and didnt know what he was into and was thinking it was nothing so serious until I found out. I did stop and told him i wasnt gonna do those things anymore. But what made me continue was the fact that I heard the audio of them threatening him and me for the things I lost. If it wasnt for that audio I heard i would have stopped and wouldnt have been in this mess after all.

19. Due to my actions and for me getting into this mess I have now lost my Job with the City of San Jose. Lost friends my relationship with my family and many opportunities. All because of one mistake i made. If i could redo life and change the path i had gone down i would because nothing is worse than losing friends, family and a job that i love going to every morning and everyday. Working at lake cunningham skate park was my passion and something i really liked. Having the community and countless people coming up to me telling me they are happy for the work I have done making a dirt track so close to home and having that feeling that I'm making a difference not only in the community but seeing all the people and family's happy and enjoying something I created. I still go to the skatepark and hangout with some friends that I still have. But the hardest part is going and seeing the dirt track that i help make and maintain now turning into dust. I have learn from my actions and mistakes and already seen the consequences it has brought into my life and still seeing my life change because of it.

I swear this is all true under penalty of perjury.

Jose Campoy