1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
         Telephone: (415) 436-6767

7        FAX: (415) 436-7234
         alexandra.shepard@usdoj.gov

8

9  Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,              )   CASE NO. 20-CR-0458 BLF
                                           )
14         Plaintiff,                      )   STIPULATION TO CONTINUE SENTENCING
                                           )   AND [~~PROPOSED~~] ORDER
15     v.                                  )
                                           )
16  JOSE MELCHOR CAMPOY,                   )
                                           )
17         Defendant.                      )
    ───────────────────────────────────────)

18

19         The United States of America, through Alexandra Shepard, Assistant United States Attorney,

20  and the defendant, Jose Campoy, through his counsel, hereby stipulate to continue the sentencing date in

21  this matter to September 13, 2022 at 9:00 a.m. so that the parties can continue to discuss a sentencing

22  recommendation for the court.

23  ///

24  ///

25  ///

26

27

28

Stip. to Continue Sentencing                  1
20-CR-0458 BLF

DATED:  July 11, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Alexandra Shepard_____
Alexandra Shepard
Assistant United States Attorney

/s/ Edward Ajlouny
Edward Ajlouny
Counsel for Jose Campoy

## [PROPOSED] ORDER

Upon stipulation of the parties and for good cause shown, it is hereby ORDERED that the sentencing in this case is continued to September 13, 2022 at 9:00 a.m.

IT IS SO ORDERED.

DATED:  July 11, 2022

HON. BETH LABSON FREEMAN
United States District Judge